UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-CR-00139-FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **NOTICE OF DISMISSAL** |
| v. ) | |
| ) | |
| ABISHEK KRISHNAN ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses the Superseding Indictment in this case for the following reason:

A grand jury convened in the Eastern District of North Carolina returned a two count Indictment on June 22, 2022, charging the Defendant with violations of Title 18 of the United States Code. An arrest warrant is pending, and the Defendant is currently in fugitive status. The Defendant is presently believed to be in India, however, the charged offenses are not extraditable under the United States' extradition treaty with India. The Defendant is currently being prosecuted in the

[*Remainder of Page Intentionally Left Blank*]

United States District Court in New Jersey for extraditable offenses.

Respectfully submitted this 2nd day of September, 2025.

        W. ELLIS BOYLE
        United States Attorney

BY:   */s/ David G. Beraka*
       David G. Beraka
       Assistant United States Attorney
       150 Fayetteville Street, Suite 2100
       Raleigh, NC 27601
       Telephone: (919) 856-4871
       Email: david.beraka@usdoj.gov
       N.C. Bar No. 54090

Leave of Court is granted for the filing of the foregoing dismissal.

        LOUISE W. FLANAGAN
        United States District Judge

Date: 9/2/2025